[No. 31937-7-III.  Division Three.  November 25, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE AGUILAR GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00397-2, John M. Antosz, J., entered September 10, 2013. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 70235-1-I.  Division One.  November 17, 2014.]

THE STATE OF WASHINGTON *Respondent*, v. ANTHONY LEE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07347-10, Monica J. Benton, J., entered March 21, 2013. *Affirmed* by unpublished opinion per Lau, J., concurred in by Cox and Leach, JJ.

[No. 70446-0-I.  Division One.  December 1, 2014.]

*In the Matter of the Estate of* BARBARA M PURDUE.

SUSAN P. CHRISTOFF ET AL. *Respondents*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-4-01257-1, Dean Scott Lum, J., entered May 21, 2013. *Reversed* and *remanded* by unpublished per curiam opinion.